IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation Nos. L0156570/65C & L0193176/65C

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. GERALD E. GARCIA,

Defendant.

---

## MINUTE ORDER CONTINUING CASE

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant contacted the Magistrate Judge's office in response to Notices Regarding Failure to Appear. The Defendant has another violation which is scheduled for initial appearance on October 6, 2011 at 10:30 a.m., therefore:

**IT IS HEREBY ORDERED** that these matters are rescheduled for initial appearance on **October 6, 2011 at 10:30 a.m. in the United States District Court, 4 Chico Camino, Monte Vista, Colorado.**

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

**DATED: September 29, 2011**

---

### Certificate of Mailing

I hereby certify that on the 29th day of September, 2011, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

U. S. Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Gerald Garcia
P. O. Box 220
Manassa, Colorado 81141

By: _Shirley W. Dills_
Assistant to Magistrate Judge