**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 12-PO-00114-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. GERALD E. GARCIA,**

**Defendant.**

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge held a teleconference with the Defendant and Dondi Osborne from the U. S. Attorney's Office on April 4, 2012. The Defendant requested the trial to the Court set in this matter for April 5, 2012 at 10:30 a.m. be continued. The Government had no objection, therefore:

**IT IS HEREBY ORDERED** that the trial to the Court set in this matter for April 5, 2012 at 10:30 a.m. is **VACATED** and **RESCHEDULED for June 7, 2012 at 11:00 a.m.** before the Magistrate Judge, 4 Chico Camino, Monte Vista, Colorado.

**DATED: April 4, 2012.**

                        **BY THE COURT:**

                        **s/David L. West**
                        **United States Magistrate Judge**

**CERTIFICATE OF MAILING**

I hereby certify that on this 4th day of April, 2012, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid to the following:

U.S. Attorney's Office - Durango  
103 Sheppard Drive, Room 215  
Durango, Colorado 81303

Gerald E. Garcia  
P. O. Box 220  
Manassa, Colorado 81141

**By:** s/Shirley W. Dills  
**Assistant to Magistrate Judge**