**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 12-PO-00114-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. GERALD E. GARCIA,**

**Defendant.**

---

**MINUTE ORDER CONTINUING TRIAL**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

On June 6, 2012, the Defendant requested a continuance of the trial set for June 7, 2012 at 11:00 a.m. due to a death in the family and the Government has no objection to the continuance, therefore:

**IT IS HEREBY ORDERED** that the trial to the court set in this matter of June 7, 2012 at 11:00 a.m. is **VACATED and RESCHEDULED for July 5, 2012 at 11:00 a.m.** before the Magistrate Judge, 4 Chico Camino, Monte Vista, Colorado.

**IT IS FURTHER ORDERED** that all Subpoenas for witnesses are continued to that date and time.

**DATED: June 7, 2012.**

                **BY THE COURT:**

                **s/David L. West**
                **United States Magistrate Judge**