# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 12-PO-00114-DLW |
| GERALD E. GARCIA | PRO SE (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on count One of the Information after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 USC 315, 315(a) and 43 CFR 4140.1(b)(1)(i) and 9264.1(a) | Allowing Livestock/Other Animals to Graze on BLM Lands | 05/05/11 thru 06/22/11 | One |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

08/09/12
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

08/10/12
Date

DEFENDANT: GERALD E. GARCIA
CASE NUMBER: 12-PO-00114-DLW                                                                 Judgment-Page 2 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of One Year.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

### SPECIAL CONDITIONS OF UNSUPERVISED PROBATION

1) Defendant cannot violate any BLM Rules or Regulations during term of probation and more specifically any future violation of the charges he was found guilty on in this case.

DEFENDANT: GERALD E. GARCIA
CASE NUMBER: 12-PO-00114-DLW                                            Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $500.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $500.00 | $0.00 |

DEFENDANT:  GERALD E. GARCIA
CASE NUMBER:  12-PO-00114-DLW                                                               Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

To be paid in full by September 1, 2012.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal, (3) fine interest