IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Action No. 12-PO-00114-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. GERALD E. GARCIA,

Defendant.

---

## MINUTE ORDER RE: EXTENSION OF TIME

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant having requested an extension of time within which to (complete his/her community service); (pay the ~~collateral forfeiture~~/fine and/or special assessment) imposed in this matter;

**IT IS HEREBY ORDERED** that the Defendant be granted an extension of time up to and including _April 1, 2013_ within which to:

[ ] 1. complete and furnish proof of completion of his/her community service;

[X] 2. pay the (~~collateral forfeiture~~/fine and/~~or~~ special assessment/~~CVB fee~~) imposed in this matter of $ _510.00_ . Failure to comply with the terms of this extension may result in a warrant being issued for the arrest of the Defendant.

[ ] 3. pay the restitution imposed in this matter of $_____ to _____.

If the Defendant has not paid the above amount by the due date, he/she must appear in before the Court on _April 4, 2013_ at _10:30 AM_ to show why the payment has not been made.

1

DATED: 12/5/12

_____
DAVID L. WEST
United State Magistrate Judge

---

### Certificate of Mailing

I hereby certify that on the 5th day of December, 2012, a true and correct copy of the foregoing Minute Order Re: Extension of Time was placed in the U. S. Mail, postage prepaid, to the following:

U. S. Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Gerald E. Garcia
P.O. Box 220
Manassa, CO 81141

By: _Shirley W. Wills_
Assistant to Magistrate Judge